UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MICHELLE ZARICK | CASE NO. 25-10558 |
| | SECTION A |
| DEBTOR | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I certify that a copy of the relief order of LoanCare, LLC, as servicer for Lakeview Loan Servicing, LLC has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel, the Chapter 13 Trustee and the U.S. Trustee electronically, through CM/ECF on October 2, 2025.

Michelle Zarick
7040 Magazine Street
New Orleans, LA 70118

Edwin M. Shorty, Jr., Counsel for Debtor
eshorty@eshortylawoffice.com

Karie L Fahrenholz, Chapter 13 Trustee
ecf@ch13no.com

U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

/s/ Cris Jackson
Cris Jackson (No. 20876)