UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------ x
In re: :
: Chapter 13
MICHELLE ZARICK, :
: Case No.: 25-10558
Debtor. :
:
------------------------------------------------------------ x

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY WITH CERTIFICATE OF SERIVCE

On December 5, 2025, United Bank filed a motion to lift the automatic stay in the above-referenced case (the "Motion"). [ECF Doc. 52.]. Pursuant to the Local Rules, notice is hereby given that a hearing will be held on the Motion on the 12th day of January 2026, at 2:30 p.m., telephonically as follows:

**Dial-in Telephone Number: 504-517-1385**
**Access Code: 129611**
**Clerk of Court Address**
**U.S. Bankruptcy Court**
**500 Poydras Street, Suite B-601**
**New Orleans, LA 70130**

A copy of the Motion is on file with the Clerk of Court for the United States Bankruptcy Court. The Court may grant the motion and allow the relief prayed for or may approve another resolution to the motion.

Any objection to the granting of the motion shall be filed in writing with the Clerk of Court for the United States Bankruptcy Court, Eastern District of Louisiana, in accordance with the local rules, and a copy of same shall be served upon the undersigned attorney. Failure to file

a written objection timely shall result in the Court granting relief from stay as prayed if the Court is satisfied with the merits of the motion.

Dated: December 10, 2025                    WOMBLE BOND DICKINSON (US), LLP

*s/ Simon N. Levitsky*
Simon N. Levitsky, # 39070
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
(629) 250-3388
simon.levitsky@wbd-us.com

*Counsel for United Bank*

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; That on this day, I served a copy of the foregoing Notice of Hearing on Motion for Relief from the Automatic Stay as well as a copy of the underlying Motion and supporting exhibits on:

    Michelle Zarick
    7040 Magazine Street
    New Orleans, LA 70118
    *Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

      That on this day, the foregoing Notice of Hearing on Motion for Relief from the Automatic Stay was served by electronic means through the Court's CM/ECF service on:

    Edwin M. Shorty, Jr.
    *Attorney for Debtor*

    Karie L Fahrenholz
    *Trustee*

    U.S. Trustee
    Office of the U.S. Trustee

    I certify under penalty of perjury that the foregoing is true and correct.

                             *s/Simon N. Levitsky*