## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 25-10558 |
| MICHELLE ZARICK, | § § | CHAPTER 13 |
| DEBTOR. | § § § | SECTION A |

### ORDER

The Court held a hearing on January 12, 2026, to consider the motion for relief from automatic stay (the "Motion"), [ECF Doc. 52], filed by United Bank (the "Movant"); and the objection to the Motion (the "Objection"), [ECF Doc. 56], filed by the Debtor.

At the hearing, counsel for the Debtor orally withdrew the Objection. Accordingly, and for the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED**, and the automatic stay imposed by 11 U.S.C. § 362 is terminated in favor of the Movant, its successors and assigns, to allow the Movant, its successors, and assigns, to foreclose upon, and otherwise exercise its rights and remedies in accordance with applicable non-bankruptcy law with respect to, the following described property (the "Collateral"):

**2019 Land Rover Range Rover, VIN No. SALGS2SV2KA542591**.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall discontinue payments to the Movant on its secured claim under the Chapter 13 Plan filed by the Debtor. The Movant is directed to file a report of sale promptly following the liquidation of the Collateral, if any. If any excess proceeds exist, the Movant is to remit same to the Chapter 13 Trustee. The Movant is given leave to file a deficiency claim within sixty (60) days of liquidation of the Collateral, if such claim exists.

**IT IS FURTHER ORDERED** that the fourteen (14)-day stay of this Order granting stay relief pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 28, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE